# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Robert M. Tyrrell*                         Case No.
    *and*                                    Chapter   *7*
    *Cherie M. Tyrrell*

_____ / Debtor

Attorney for Debtor:   *Jeffrey Strange*

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *05/07/2013*                       */s/ Robert M. Tyrrell*
                                              Debtor

                                              */s/ Cherie M. Tyrrell*
                                              Joint Debtor

Accelerated Rehab Centers of Ill
2396 Momentum Place
Chicago, IL  60689-5323

Baker & Miller
29 N Wacker Drive
Suite 500
Chicago, IL  60606-2854

Bank of America
Box 851001
Dallas, TX  75285

Blitt and Gaines
661 W Glenn Avenue
Wheeling, IL  60090

Capital One
Box 6492
Carol Stream, IL  60197

CCO Mortgage
10561 Telegraph Road
Glen Allen, VA  23059

Charter One
590 South York Street
Elmhurst, IL  60126

Chase
Box 15153
Wilmington, DE  19886

Citibank
Processing Center
Des Moines, IA  50363

Consolidated Chiropractic

Delnor Community Hospital
PO Box 739
Moline, IL  61266-0739

Dennis A Brebner & Assoc.
850 Northpoint Blvd
Waukegan, IL  60085-8211

Dennis Brebner & Associates
880 Northpoint Boulevard
Waukegan, IL  60085

Discover
Box 6103
Carol Stream, IL  60197

DuPage Medical
152 North Addison
Elmhurst, IL  60126

DuPage Valley Anesthesia
185 Penny Avenue
Dundee, IL  60118

FFCC
PO Box 3521
Akron, OH  44309-3521

FFCC Columbus Inc.
PO Box 3521
Akron, OH  44309-3521

FMA Alliance Ltd
12339 Cutten Road
Houston, TX  77066

Plunkett
PO Box 71106
Charlotte, NC  28272-1106

Jeffrey Strange
717 Ridge
Wilmette, IL  60091

Juniper/Barclay's
C/O Blitt and Gaines
661 Glenn Avenue
Wheeling, IL  60090

Kane Anesthesia Assoc.
34536 Eagle LWay
Chicago, IL  60678-0001

Kohl's
Box 2983
Milwaukee, WI  53201

Midwest Physical Therapy Center
500 Park Blvd
LL80C
Itasca, IL  60143

Pro Dental Care
228 South Randall Road
Elgin, IL  60123

Progressive Financial Services
PO Box 22083
Tempe, AZ  85285

Progressive Financial Services
1209 4th Ave South
Dept Pro
Nashville, TN  37210-4107

Stoneleigh Recovery Associates
PO Box 1479
Lombard, IL  60148-8479

Surgical Center
1593 Paysphere Circle
Chicago, IL  60674

Robert M. Tyrrell
21 E. Sandstone Court
South Elgin, IL  60177

Cherie M. Tyrrell
21 E. Sandstone Court
South Elgin, IL  60177


351 Delnor Drive
Geneva, IL  60134